**Peter T. HARRELL, Plaintiff–Appellant,**

**v.**

**S.T. LILLIE, a.k.a. Tim Lillie; et al., Defendants–Appellees.**

**No. 00–35832.**

**D.C. No. CV–98–03035–JPC.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 20, 2001.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

## MEMORANDUM ***

Peter T. Harrell appeals pro se the district court's judgment after a bench trial in favor of defendants in his action brought pursuant 42 U.S.C. § 1983 with pendent state law claims. We have jurisdiction pursuant to 28 U.S.C. § 1291.

Because Harrell did not provide a transcript of the trial, this court cannot properly review this case on appeal. We therefore dismiss the appeal. *See Syncom Capital Corp. v. Wade,* 924 F.2d 167, 169 (9th Cir.1991).

DISMISSED.

---

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

